PP-0226-15

COA-07-14-00428-CR

TR.CT-24,202-C

RECEIVED IN
COURT OF CRIMINAL APPEALS

JUN 26 2015

Abel Acosta, Clerk

Robert Emmanuel Digman
Appellant
The State of Texas, Appellee

From the 251st District court of
Randall County, Texas and Seventh
District Court of Appeals, Amarillo
Texas

Pro Se Motion requesting a rehearing and a EN BANC RECONSIDERATION

IN THE
COURT OF CRIMINAL APPEALS OF TEXAS
AUSTIN TEXAS

To the honorable Justices fo the above said court:
   Coe now, the appellant int eh above styled and numbered cause and respectfully moves this honorable court to grant appellant a rehearing and a EN BANC reconsideration and in support there of would show the court the following:

The facts relied upon to show good cause for this request, are as follows:

Appellant Request
Oral argument

Robert Digman
1854737
Neal Unit
9055 Spur 591
Amarillo Texas 79107

RECEIVED IN
COURT OF CRIMINAL APPEALS

June 26, 2015

ABEL ACOSTA, CLERK

I

It was proven my trial ended with constitutional error that caused harm to my constitutional rights and also my 6th and 14th amendment. My trial was only 4:42, Four hours and forty two minutes long, the DA reserved 3 days. She violated my right of due process before my trial ever began and did it again in her closing statement. It was proven my trial was unfair, all I want is a fair trial. I don't understand how you as a highest court Justices can say a 4 hour and 42 minute trial only half was unfair with constitutional error and the other half was a fair trial. I questioned the trial courts' jurisdiction and received no answers on that, was my PDR ever read? If Randall county has so much evidence against me they will not have any problem giving me a fair trial WITH OUT ERROR, HALF of 4:42 is only 2:21 two hours and twenty one minutes. They reserved 3 days, the DA even has to apologize to the Judge for the mistakes, how many mistakes are they allowed to make? I only was allowed one. The DA is is on her 4th. NO ONE ever asked if I did what I was accused of! My trial was done as whole, NOT two parts. Please tell me how only ½ half was infected? Was the first two hours fair or was the last 2 hours fair and only the 42 minutes not fair? Or was it the other way, the 2 hours not fair and the last 2:42 fair? If the DA used all 3 days, first day pick jury, 2nd day , prosecute count 1, third day prosecute count 2, I could understand how ½ was fair and ½ was not fair.

II

See TRAP 68.1 Generally

On petition by any party the court of criminal appeals may review a court of appeals decision in a criminal case.

III

See TRAP rule 74

Please accept TRAP 9,3(B) to suspend copy rule

## PRAYER FOR RELIEF

For the reasons stated above, it is respectfully submitted that the Court of

Criminal Appeals of Texas should grant this motion for reconsideration.

All I want is a fair trial in whole.

Respectfully submitted

Robert Digman   #1854737
Neal Unit
9055 Spur 591
Amarillo Texas  79107

## CERTIFICATE OF SERVICE

The undersigned Appellant/Petitioner hereby certifies that a true and correct

copy of the foregoing motion has been mailed; U.S. mail, postage prepaid, to the

office of the Criminal District Attorney for Randall County, 2309 Russell Long Blvd

Suite 120, Canyon Texas  79015, and to the State Prosecuting Attorney, P.O. Box

12405, Austin, Texas  78711, on this the ___29___ day of May, 2015

Petitioner Pro Se TDCJ # 1854737

Robert Olivarez
NEAL Unit P1854737
9055 Spur 591
Amarillo, Texas 79107

Legal

Abel Acosta, Clerk: RE; PD-0076-15
court of criminal Appeals of Texas
capitol station
PO BOX 12308
Austin, Texas 78711